Oscar P. Rubardt, Appellant, v. Marie Rubardt Salzman and Harold L. Salzman, Appellees.
Marie Rubardt Salzman, Appellee, v. Oscar P. Rubardt, Appellant.

Gen. No. 41,251.

Heard in first division, first district, this court at June term, 1940; opinion filed March 23, 1942; additional opinion and rehearing denied April 9, 1942. Nelson, Slater & Boodell and Ashcraft & Ashcraft, for appellant; Peter B. Nelson, Drennan J. Slater, Albert E. Jenner, Jr., Carroll J. Lord and Alan E. Ashcraft, Jr., of counsel; Schroeder & Simpson, Werner W. Schroeder and Max Krauss, for appellees. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''